| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 2:10-bk-47789-AA |
|---|---|
| In re<br><br>Bonifacio Ruiz Cisneros<br>Aleida Becerra Ruiz<br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, _Bonifacio Ruiz Cisneros & Aleida Becerra Ruiz_ *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on _9/04/2010_ .

2. I am the owner of real property[1] at the following street address:

    _4242 E. Sagebrush Ave_

    _Queen Creek, AZ 85242_                                                                   (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of _Rigoberto Cisneros (private lender)_ .

    b. Second deed of trust in favor of _None_ *(if applicable)*.

    c. Third deed of trust in favor of _None_ *(if applicable)*.

(Continued on next page)

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                           F 3015-1.4
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                Best Case Bankruptcy

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments
Local Bankruptcy Rule 3015-1(m) - Page 2 of 3

F 3015-1.4

| In re<br>Bonifacio Ruiz Cisneros<br>Aleida Becerra Ruiz<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-47789-AA |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Rigoberto Cisneros, Wells Fargo Bank, direct deposit account # xxxx-xxxx-1196 | $587.01 | 1-15th October 2010 | 10/4/2010 |
|  |  |  |  |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

(Continued on next page)

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

*case #*
*47789-AA*

Wells Fargo Bank
Transaction Record

STORE # 0001901 06                    Deposit

Account Number                        XXXXXX1196
00038
Cash In                               $0.00
Number of checks                      1

                                      $587.01
Total Deposited                       $587.01
Less Cash                             - $0.00
Net Deposit Amount                    $587.01

Transaction # 086 0119
01:25PM   10/04/10   Credited: 10/04/10

As a general rule, you should keep your
monthly credit card payments to less than
10% of your monthly take home pay.

Thank you, Chris

*To: Rigoberto Cisneros*
*From: Bonifacio Ruiz*