L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In Re:<br><br>Bonifacio Ruiz-Cisneros<br>Aleida Becerra Ruiz<br><br>Debtor(s) | **CHAPTER 13**<br>CASE NO: 2:10-bk-47789-AA<br><br>DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED] |

I Bonifacio Ruiz-Cisneros and Aleida Becerra Ruiz, I'm the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On November 01, 2010. I purchased and sent my Chapter 13 Plan Payment $570.00 to my Chapter 13 Trustee **KATHY A DOCKERY** to the following address: **CHAPTER 13 TRUSTEE, PO BOX 691, MEMPHIS, TN 38101-0691.** See attached copy of the money order(s). This payment is for the month October 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 05, 2010

*/s/ Bonifacio Ruy*
Debtor

*/s/ Aleida Ruy*
Joint Debtor

1

# CHASE

**Remitter** BONIFACIO RUIZ

1147206270  91-2/1221
Date  11/01/2010

Pay:  FIVE HUNDRED SEVENTY DOLLARS AND 00 CENTS

$ ************570.00 ***

Pay To The Order Of   CHAPTER 13 TRUSTEE

Drawer: JPMORGAN CHASE BANK, N.A.

*Michael Andrews*
Senior Vice President
JPMorgan Chase Bank, N.A.
Phoenix, AZ

ase # 10-47789-AA

⑈1147206270⑈ ⑆122100024⑆ 806002234⑈



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $0.44 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $3.24 |

Sent To: Chapter 13 Trustee
Street, Apt. No.; or PO Box No. P.O Box 691
City, State, ZIP+4 Memphis, TN 38101-0691

PS Form 3800, August 2006    See Reverse for Instructions

7010 1870 0001 9169 5928