L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In Re:<br><br>Bonifacio Ruiz-Cisneros<br>Aleida Becerra Ruiz<br><br>Debtor(s) | CHAPTER 13<br>CASE NO: 2:10-bk-47789-AA<br><br>DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED] |

I Bonifacio Ruiz-Cisneros and Aleida Becerra Ruiz, I'm the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On January 3, 2011. I purchased and sent my Chapter 13 Plan Payment $570.00 to my Chapter 13 Trustee **KATHY A DOCKERY** to the following address: **CHAPTER 13 TRUSTEE, PO BOX 691, MEMPHIS, TN 38101-0691.** See attached copy of the money order(s). This payment is for the month January 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 13, 2011

_____
Debtor

_____
Joint Debtor

1



# CHASE

**Remitter** ALEIDA B RUIZ

1147207217  91-2/1221

Date  01/03/2011

Pay: FIVE HUNDRED SEVENTY DOLLARS AND 00 CENTS

$ ***********570.00 ***

Pay To The Order Of  CHAPTER 13 TRUSTEE

Drawer: JPMORGAN CHASE BANK, N.A.

*Michael Andrews*

Senior Vice President
JPMorgan Chase Bank, N.A.
Phoenix, AZ

10-47789-AA

⑈1147207217⑈ ⑆122100024⑆ 806002234⑈

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $0.44 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ |

Sent To: Chapter 13 trustee
Street, Apt. No. or PO Box No.: P.O. Box 691
City, State, ZIP+4: Memphis, TN 38101-0691

PS Form 3800, August 2006    See Reverse for Instructions

Trustee Payment January 2011

Bonifacio Ruiz

10-47789-AA

Wells Fargo Bank
Transaction Record

STORE # 0001901 10    Deposit

Account Number    XXXXXX1196
00038
Cash In    $587.01
Number of checks    0

Total Deposited    $587.01
Less Cash    - $0.00
Net Deposit Amount    $587.01

Transaction # 058 0092
01:04PM  01/03/11 Credited: 01/03/11

A great way to reach your savings and
investment goals is to set up automatic
transfers or ...pay yourself first....

Thank you, Stefanie