| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 2:10-bk-47789-AA |
|---|---|
| In re<br><br>Bonifacio Ruiz Cisneros<br>Aleida Becerra Ruiz<br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, Bonifacio Ruiz Cisneros & Aleida Becerra Ruiz *(Debtor's name),* hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on 9/04/2010.

2. I am the owner of real property[1] at the following street address:

    4242 E. Sagebrush Ave

    Queen Creek, AZ 85242                                    (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of Rigoberto Cisneros (private lender).

    b. Second deed of trust in favor of None *(if applicable).*

    c. Third deed of trust in favor of None *(if applicable).*

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

F 3015-1.4
Best Case Bankruptcy

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments    F 3015-1.4

Local Bankruptcy Rule 3015-1(m) - Page 2 of 3

| In re<br>Bonifacio Ruiz Cisneros<br>Aleida Becerra Ruiz<br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-47789-AA |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Rigoberto Cisneros, Wells Fargo Bank, direct deposit account # xxxx-xxxx-1196 | $587.01 | 1-15th October 2010 | 10/4/2010 |
|  | $587.01 | 1-15th November 2010 | 11/05/2010 |
|  | $587.01 | 1-15th December 2010 | 12/01/2010 |
| Creditor | $587.01 | 1-15th January 2011 | 01/03/2011 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

(Continued on next page)

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

Case 2:10-bk-47789-AA    Doc 32    Filed 01/21/11    Entered 01/21/11 09:46:44    Desc
Main Document    Page 3 of 4

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    **F 3015-1.4**
Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

| In re | | CHAPTER 13 |
|---|---|---|
| Bonifacio Ruiz Cisneros<br>Aleida Becerra Ruiz<br>Debtor(s). | | CASE NUMBER 2:10-bk-47789-AA |

6. Attached to this declaration are copies of the:

   ☐ cashier's checks,    ☐ money orders,    ☐ certified funds, or

   ☒ other proof of the Payments described in Paragraph 4 above (Direct deposit to Creditor bank account)

7. Also attached to this declaration are copies of the:

   ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☒ other documents that prove delivery of the Payments described in Paragraph 4 above (Receipt from Wells Fargo

   Bank after direct deposit to Creditor's bank account # ending 1196

   I declare under penalty of perjury that the foregoing is true and correct.

Date  January 21, 2011            Signature  _/s/ Bonifacio Ruiz_____
                                             Bonifacio Ruiz Cisneros
                                             Debtor

Date  January 21, 2011            Signature  _____
                                             Aleida Becerra Ruiz
                                             Joint Debtor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                      **F 3015-1.4**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                Best Case Bankruptcy

Bonifacio Ruiz

10-47789-AA

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.44 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.24 |

Sent To: Chapter 13 trustee
Street, Apt. No.; or PO Box No. P.O Box 691
City, State, ZIP+4 Memphis, TN 38101-0691

PS Form 3800, August 2006    See Reverse for Instructions

---

**Wells Fargo Bank**
**Transaction Record**

STORE # 0001901 10          Deposit

Account Number              XXXXXX1196
G0038
Cash In                     $587.01
Number of checks                   0

Total Deposited             $587.01
Less Cash                   - $0.00
Net Deposit Amount          $587.01

Transaction # 058 0092
01:04PM    01/03/11  Credited: 01/03/11

A great way to reach your savings and
investment goals is to set up automatic
transfers or ...pay yourself first....

Thank you, Stefanie

*Mortgage Payment January 2011*

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.44 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.24 |

Sent To: Bac Home Loans Servicing LP
Street, Apt. No.; or PO Box No. P.O Box 660833
City, State, ZIP+4 Dallas, TX 75266-0833

PS Form 3800, August 2006    See Reverse for Instructions