L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In Re:<br><br>Bonifacio Ruiz-Cisneros<br>Aleida Becerra Ruiz<br><br>Debtor(s) | **CHAPTER 13**<br>CASE NO: 2:10-bk-47789-AA<br><br>DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED] |

I Bonifacio Ruiz-Cisneros and Aleida Becerra Ruiz, I'm the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On February 2, 2011 I purchased and sent my Chapter 13 Plan Payment $570.00 to my Chapter 13 Trustee **KATHY A DOCKERY** to the following address: **CHAPTER 13 TRUSTEE, PO BOX 691, MEMPHIS, TN 38101-0691.** See attached copy of the Cashier's Check. This payment is for the month February 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 8, 2011

_Bonifacio Ruiz_
Debtor

_Aleida Ruiz_
Joint Debtor

1



*Plan Payment February 2011*

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK · CASHIER'S CHECK · HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

# CHASE ○

1147207663  91-2/1221

Date  02/02/2011

**Remitter**  ALEIDA B RUIZ

Pay:    FIVE HUNDRED SEVENTY DOLLARS AND 00 CENTS

Pay To The Order Of    CHAPTER 13 TRUSTEE

$ ***********570.00  ***

Drawer:  JPMORGAN CHASE BANK, N.A.

*Michael Andrews*

Senior Vice President
JPMorgan Chase Bank, N.A.
Phoenix, AZ

10-47789-AA

⑂1147207663⑂ ⑆122100024⑆ 806002234⑂

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | | |
|---|---|---|---|
| Postage | $ | $0.44 | 9735 |
| Certified Fee | | $2.80 | 05 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $3.24 | 02/02/2011 |

Sent To  *Chapter 13 trustee*
Street, Apt. No.; or PO Box No.  *P.O. Box 691*
City, State, ZIP+4  *Memphis, TN 38101-0691*

PS Form 3800, August 2006    See Reverse for Instructions

7010 1870 0003 6057 0117