| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-47789-AA |
|---|---|
| In re<br><br>Bonifacio Ruiz Cisneros<br>Aleida Becerra Ruiz<br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, Bonifacio Ruiz Cisneros & Aleida Becerra Ruiz *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on  9/04/2010 .

2. I am the owner of real property[1] at the following street address:

    2315 N Saunders St

    Pomona, CA 91767                            (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of  BAC Home Loans  .

    b. Second deed of trust in favor of  Bank of America, N.A. (Lam Motion)  *(if applicable)*.

    c. Third deed of trust in favor of  None   *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                F 3015-1.4
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                        Best Case Bankruptcy

Declaration Setting Mount of Postpetition Preconfirmation Deed of Trust Payments    F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - *Page 2 of 3*

| In re<br>Bonifacio Ruiz Cisneros<br>Aleida Becerra Ruiz<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-47789-AA |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| BAC Home Loans. PO BOX 515503, Los Angeles, CA 90051 | $2,338.14 | 1-15th October 2010 | 10/4/2010 |
|  | $2,338.14 | 1-15th November 2010 | 11/01/2010 |
|  | $2,114.34 | 1-15th December 2010 | 12/01/2010 |
| Creditor | $2,114.34 | 1-15th January 2011 | 01/03/2011 |
|  | $2,114.34 | 1-15th February 2011 | 02/02/2011 |
|  |  |  |  |
|  |  |  |  |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

Case 2:10-bk-47789-AA    Doc 34    Filed 02/08/11    Entered 02/08/11 11:29:34    Desc
Main Document    Page 3 of 4

Declaration Setting Aside Petition and Confirming Deed of Trust Payments                F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

| In re<br>Bonifacio Ruiz Cisneros<br>Aleida Becerra Ruiz<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-47789-AA |
|---|---|

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,    ☐ money orders,    ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  February 8, 2011            Signature  _/s/ Bonifacio Ruiz Cisneros_
                                              Bonifacio Ruiz Cisneros
                                              Debtor

Date  February 8, 2011            Signature  _/s/ Aleida Ruiz_
                                              Aleida Becerra Ruiz
                                              Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                              F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com        Best Case Bankruptcy

*Mortgage Payment*
*February 2011*



282111107 NEW 01/09 8810004306

**CHASE**    **CASHIER'S CHECK**    1147207662  91-2/1221

Date  02/02/2011

Remitter  ALEIDA B RUIZ

Pay:  TWO THOUSAND ONE HUNDRED FOURTEEN DOLLARS AND 34 CENTS

$ *********2,114.34 ***

Pay To The Order Of  BAC HOME LOANS SERVICING, L. P.

Drawer: JPMORGAN CHASE BANK, N.A.

*Michael Andrews*

Senior Vice President
JPMorgan Chase Bank, N.A.
Phoenix, AZ

8706352 88

⑈1147207662⑈ ⑆122100024⑆ 806002234⑈

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

| | | |
|---|---|---|
| Postage | $ | $0.44 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.24 |

Postmark Here  02/02/2011

Sent To: *Bac Home Loans Servicing, LP*
Street, Apt. No.; or PO Box No. *P.O. Box 660833*
City, State, ZIP+4 *Dallas, TX 75266-0833*

PS Form 3800, August 2006  See Reverse for Instructions

7010 1870 0003 6057 0100