| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin, SBN 175497<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>TEL: 213-388-4939  FAX: 213-388-2411<br>EMAIL: lbishopbk@yahoo.com<br><br>☑ *Attorney for Debtor(s)*<br>☐ *Debtor(s) appearing without an attorney* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>Bonifacio Ruiz Cisneros<br>Aleida Becerra Ruiz<br><br><br><br>Debtor(s). | CASE NO.: 2:10-bk-47789-TD<br>CHAPTER: 13<br><br>**DEBTOR'S APPLICATION FOR ORDER CONFIRMING THAT LOAN MODIFICATION DISCUSSION WILL NOT VIOLATE STAY**<br><br>No Hearing Required |
|---|---|

1. The Debtor requests that the court authorize the Mortgage Creditor, its successors in interest, its servicer, its beneficiary(ies) and/or its and their attorneys (Authorized Party) to establish contact and otherwise communicate with the Debtor and/or the Debtor's attorney, if applicable, regarding the Debtor's loan to explore the full range of solutions that may prevent either the loss of property to foreclosure, increased costs to the lender, or both. Potential solutions may include loan modification, loan refinance, forbearance, short sale, or surrender of the property in full satisfaction of the debt. Debtor asks the court to authorize direct communication between the Debtor, or the Debtor's Attorney, if applicable, and the Authorized Party on the above-mentioned issues. The authorization requested will be valid notwithstanding the automatic stay provisions of 11 U.S.C. § 362(a), and the Authorized Party will not be held liable for violations of the stay for communication in furtherance of that purpose during Debtor's case.

2. Property address: <u>2315 N. Saunders St., Pomona, CA 91767. Assessor Parcel Number: 8317-018-002</u>

   Legal Description: Lot: 108  Tract No: 17924. County: LOS ANGELES

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2011                                   Page 1                              F 4001-1.6.DEBTOR.APP

3. Name of Authorized Party with whom Debtor seeks to enter discussions:

   BAC Home Loans Servicing, LP a/k/a BANK OF AMERICA, N.A.

   Authorized Party is:

   ☑ Mortgage Creditor        ☐ Attorney for Mortgage Creditor

   ☑ Successor in interest    ☐ Attorney for successor in interest

   ☑ Servicer                 ☐ Attorney for Servicer

4. Priority of lien:   ☑ First trust deed    ☐ Second trust deed

   ☐ Other (specify): _____

5. (Check one box, if applicable):

   ☐ I am not represented by an attorney in this bankruptcy case.

   ☐ I am represented by an attorney in this bankruptcy case but have been unable to obtain my attorney's consent to communicate with the Authorized Party listed above.

   ☑ I am represented by an attorney in this bankruptcy case, whose consent appears below.

Date: 7/12/2011                By: _____
                                   Signature of Debtor

                               Name: Bonifacio Ruiz Cisneros Aleida Becerra Ruiz
                                     Printed Name of Debtor

**CONSENT OF DEBTOR'S ATTORNEY (if applicable)**

I am the attorney in this bankruptcy case. By my signature below I give my full and voluntary consent for the Debtor to communicate with the Authorized Party listed on this form in furtherance of the **DEBTOR'S APPLICATION FOR ORDER CONFIRMING THAT LOAN MODIFICATION DISCUSSION WILL NOT VIOLATE STAY.** My signature below does not confer my sanction of, or in any way obligate me to assist in, any or all agreements the Debtor may or may not reach with the respect to the Authorized Party.

Date: 7/12/2011                Signature: _____
                                          (Debtor's Attorney)
                               Printed Name: L. Bishop Austin, SBN 175497

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2011                           Page 2                           F 4001-1.6.DEBTOR.APP

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010

A true and correct copy of the foregoing document described as **DEBTOR'S APPLICATION FOR ORDER CONFIRMING THAT LOAN MODIFICATION DISCUSSION WILL NOT VIOLATE STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On ___7/12/2011___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:

Leroy Bishop Austin   lbishopbk@yahoo.com, lbishopbk@gmail.com ; Kathy A Dockery (TR) efiling@CH13LA.com ; Carol E Hardy dgarcia@portfoliorecovery.com ; Joe M Lozano   notice@NBSDefaultServices.com ; United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL** (*state method for each person or entity served*):
On ___7/12/2011___, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be completed** no later than 24 hours after the document is filed.

Bank of America, N.A.
CA6-919-01-41
POBOX 5170
Simi Valley, CA 93062

Bank of America, N.A.
450 America Street
Simi Valley, CA 93065

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (*state method for each person or entity served*): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge **will be completed** no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 7/12/2011            Signature: _____

Printed Name: L. Bishop Austin, SBN 175497

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2011                               Page 3                              F 4001-1.6.DEBTOR.APP